Michael C. Rogers, Esq. [SBN # 179551]
Robin H. Smith, Esq. [SBN # 286794]
**ROGERS | SMITH, APC**
10620 Treena St., Ste. 230, PMB#916,
San Diego, CA 92131-1140
mrogers@rogersmithlaw.com
rsmith@rogerssmithlaw.com

Attorneys for Cross-Defendant: ANDRE DOS-SANTOS DE-SA, an individual

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA ARAUJO (SURVIVAL ACTION); JOSE CARLOS DE ARAUJO; HELENILZA MARIA OLIVEIRA DE ARAUJO; ANDRESSA DOS SANTOS (SURVIVAL ACTION); RENATO ALVES DOS SANTOS; MARIA TEREZA DE CARVALHO, <br><br> Plaintiff, <br><br> v. <br><br> COACHELLA VALLEY WATER DISTRICT, THE COUNTY OF IMPERIAL; JOSUE GONZALES; DOES, 1 TO 25, inclusive, <br><br> Defendant. | Case No. 20-CV-1800- AJB-RBM <br> Hon. Anthony J. Battaglia <br><br> **NOTICE OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** <br><br> Date: March 9, 2023 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 4A, 4th Floor |
| COACHELLA VALLEY WATER DISTRICT, <br><br> Cross-complainant, <br><br> v. <br><br> ANDRE DOS-SANTOS DE-SA, an individual; COUNTY OF IMPERIAL, a Public Entity; and ROES 1-10, Inclusive, <br><br> Cross-defendants. | |

///

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 9, 2023 at 2:00 p.m. in Courtroom 4A, 4th Floor of the above-captioned Court located at 221 West Broadway, San Diego California, 92121, Cross-Defendant ANDRE DOS-SANTOS DE-SA will, and hereby does, move this Court for an Order determining that the settlement between Plaintiffs JOSE CARLOS DE ARAUJO, HELENILZA MARIA OLIVEIRA DE ARAUJO, ALVES DOS SANTOS, and MARIA TEREZA DE CARVALHO (the "Wrongful Death Plaintiffs"), individually, and in their respective representatives of estates of their decedent daughters, LARISSA ARAUJO and ANDRESSA DOS SANTOS, is in good faith pursuant to Code of Civil Procedure section 877.6, thus barring all pending and prospective cross-complaints pursuant to Code of Civil Procedure section 877.6, subdivision (c).

Cross-Defendant ANDRE DOS-SANTOS DE-SA also seeks an order dismissing the Cross-Claim of the COACHELLA VALLEY WATER DISTRICT as to himself only. In compliance with California Rules of Court Rule 3.1382, each party and each pleading affected by the settlement (including the date on which the affected pleading was filed) are as follows:

- Cross-Claim of COACHELLA VALLEY WATER DISTRICT against ANDRE DOS-SANTOS DE-SA filed on March 11, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The terms and conditions of the Settlement Agreement and Release ("AGREEMENT") are more particularly described in the Memorandum of Points and Authorities submitted in support of this Motion. Additionally, this is based upon this Notice, the Declaration of Michael C. Rogers, all of which are filed herewith, as well as the records on file in this action, and whatever additional argument and evidence is presented to the Court at the time of the hearing of this Motion. A [Proposed] Order has also been submitted.

DATED: December 1, 2022        **ROGERS | SMITH, APC**

By: _/s/ Michael C. Rogers_

Michael C. Rogers
Robin H. Smith
Attorneys for Cross-Defendant
ANDRE DOS-SANTOS DE-SA