**FEDERAL DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARISSA ARAUJO (SURVIVAL ACTION); JOSE CARLOS DE ARAUJO; HELENILZA MARIA OLIVEIRA DE ARAUJO; ANDRESSA DOS SANTOS (SURVIVAL ACTION); RENATO ALVES DOS SANTOS; MARIA TEREZA DE CARVALHO<br><br>            Plaintiffs,<br><br>vs<br><br>COACHELLA VALLEY WATER DISTRICT, THE COUNTY OF IMPERIAL; JOSUE GONZALES; DOES 1 TO 25, inclusive,<br>            Defendants | Case No. 20-CV-1800-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT**<br><br>(Doc. No. 225) |

**Freeman Mathis & Gary, LLP**
Attorneys at Law

ORDER ON JOINT MOTION TO DISMISS COMPLAINT

1     The Court has reviewed the Joint Motion of Defendants Coachella Valley Water District and Josue Gonzales and Plaintiffs for an Order pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing the complaint filed by Plaintiffs on September 13, 2020. (*See* Doc. No. 1.) Having reviewed the Joint Motion, and for good cause appearing therefore, the Court Orders as follows:

    The Complaint filed by PLAINTIFFS JOSE CARLOS DE ARAUJO; HELENILZA MARIA OLIVEIRA DE ARAUJO individually and on behalf of the Decedent LARISSA ARAUJO and RENATO ALVES DOS SANTOS; MARIA TEREZA DE CARVALHO individually and on behalf of the decedent ANDRESSA DOS SANTOS against COACHELLA VALLEY WATER DISTRICT AND JOSUE GONZALES is hereby dismissed, in its entirety, with prejudice. The Parties shall each bear their own costs and attorney fees with regard to the complaint.   IT IS SO ORDERED.

Dated:  March 17, 2024

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge